**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JENNIFER ROYAL BEY, A Natural
Person, In Propria Persona, Sui
Juris (not to be confused with nor
substituted with Pro Se) and not a
Statutory Person.,

    Plaintiff,

v.                                                Case No. 3:18-cv-634-J-32JRK

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,
FLORIDA SUPERIOR COURT,
STATE OF FLORIDA, and JESSE
SHOOK, Badge No. 950,

    Defendants.

---

## **O R D E R**

On July 26, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending that this case be dismissed without prejudice for failure to prosecute under Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida. No party filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of September, 2018.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record